UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 24-CR-106 (JRT/JFD) |
| Plaintiff, | |
| v. | **DEFENDANT'S MOTION TO WITHDRAW EMERGENCY MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)(i)** |
| DANIELLE TERESE EISENBACHER, | |
| Defendant. | |

Danielle Eisenbacher, by and through her undersigned attorneys, respectfully withdraws her Emergency Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Dkt. 85). This is being requested because Eisenbacher has been informed that she will be released from FPC Alderson on March 19, 2026, and will serve 45 days home confinement, with a release of BOP custody on May 3, 2026 to begin her supervised release.

Dated: February 13, 2026                Respectfully submitted,

                                                        */s/ William J. Mauzy*
                                                William J. Mauzy (#68974)
                                                William R. Dooling (#0402244)
                                                Mauzy Law Office, PA
                                                650 Third Avenue South, Suite 260
                                                Minneapolis, MN 55402
                                                (612) 340-9108
                                                wmauzy@mauzylawfirm.com
                                                wdooling@mauzylawfirm.com
                                                *Attorneys for Defendant*